**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7862**

UNITED STATES OF AMERICA,

                   Plaintiff – Appellee,

       v.

KENYATTA HASANI ADAMS,

                   Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:07-cr-00113-RGD-JEB-1)

Submitted: April 16, 2009           Decided: April 23, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenyatta Hasani Adams, Appellant Pro Se. Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenyatta Hasani Adams appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Adams</u>, No. 2:07-cr-00113-RGD-JEB-1 (E.D. Va. July 17, 2008; filed Aug. 13, 2008; entered Aug. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>